UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYLER and MIRIAM SOLHEIM, a married couple,

        Plaintiffs,

v.

PACIFIC UNION FINANCIAL, LLC, et al.,

        Defendants.

C19-1712 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 10:

    (a) Plaintiffs' claims against Defendant Nationstar Mortgage, LLC, successor by merger to Pacific Union Financial, LLC, are DISMISSED with prejudice and without costs; and

    (b) This case is hereby REMANDED to the King County Superior Court effective immediately.

(2) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 4th day of February, 2020.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1